1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                           OAKLAND DIVISION
11

| | |
|---|---|
| 12  JACQUELINE BRADLEY, | |
| 13      Plaintiff, | CIVIL NO. 07-05186 |
| 14      v. | MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR |
| 15  MICHAEL J. ASTRUE, | SUMMARY JUDGMENT AND PROPOSED ORDER |
| 16  Acting Commissioner of Social Security, | |
| 17      Defendant. | |

18
     Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant
19
an additional thirty days to respond to Plaintiff's motion for summary judgment, up to and including
20
May 12, 2008. This request is being made due to an extremely heavy work load occasioned, in part, by
21
staffing shortages in the Commissioner's regional office and Defense counsel's absence from the office
22
Monday through Thursday of this week. Defendant, seeks an extension by motion rather than by
23
stipulation because Plaintiff, who is pro se, is not capable of receiving pleadings electronically or by fax.
24
25  ///
26  ///
27  ///
28

                                    Respectfully submitted,

Dated April 11, 2008,          JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                             By:  /s/ *Theophous H. Reagan*s
                                        THEOPHOUS H. REAGANS
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

## **ORDER**

APPROVED AND SO ORDERED.

DATED: __4/21/08__                        *Saundra B. Armstrong*
                                        SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT COURT JUDGE