**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| JACQUELINE BRADLEY, | No. C 07-05186 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 19] |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Court's Order on defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment [Docket No. 19], judgment is GRANTED in favor of defendant on the claims brought by plaintiff Jacqueline Bradley. The Clerk shall CLOSE the file and terminate any pending matters.

IT IS SO ORDERED.

December 18, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge